IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ARTHUR TURNER, #09025                                                          PETITIONER

VERSUS                                         CIVIL ACTION NO. 1:09-cv-353-HSO-JMR

RON KING                                                                         RESPONDENT

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause be, and hereby is, dismissed without prejudice, pursuant to Fed.R.Civ.P. 41(b).

**SO ORDERED AND ADJUDGED**, this the 26th day of January, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

1:09-cv-353-HSO-JMR